52995. SHINE v. SPORTSERVICE CORPORATION.

BELL, Chief Judge.

Plaintiff's motion for summary judgment was granted on April 27, 1976. On May 26, 1976, defendant filed a motion for new trial which was denied on June 23, 1976. A notice of appeal from the judgment of June 23, 1976 was filed by defendant on June 23, 1976. Plaintiff has moved to dismiss the appeal. *Held:*

A motion for new trial is not the proper vehicle to obtain a re-examination of the grant of summary judgment and a motion so filed has no validity and will not extend the filing date of a notice of appeal within the intent and meaning of Code Ann. § 6-803. See Code § 70-301 and *Buchanan v. James,* 134 Ga. 475 (1) (68 SE 72).

*Appeal dismissed. Clark and Stolz, JJ., concur.*

Submitted November 1, 1976 — Decided November 5, 1976.

*Arthur P. Tranakos,* for appellant.
*Powell, Goldstein, Frazer & Murphy, James H. Keaten, Daniel M. Coursey, Frank Mays Hull,* for appellee.